AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
February 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CM_____
DEPUTY

United States of America
v.
Uvaldo Jesus LOZANO-Alvarado
A-XXX-XXX-445

*Defendant(s)*

Case No. **SA:25-MJ-194**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 13, 2020 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal Reentry Following a Previous Removal That Was Subsequent to a Felony Conviction |
| | Penalties: Up to 10 years of incarceration, up to a $250,000 fine, or both; up to 3 years of supervised release; and a $100 mandatory special assessment. |

This criminal complaint is based on these facts:

See attached Affidavit.

☒ Continued on the attached sheet.

**IGNACIO A CANTU**
Digitally signed by IGNACIO A CANTU
Date: 2025.02.09 15:56:53 -06'00'

*Complainant's signature*

Ignacio A. Cantu, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: February 10, 2025

City and state: San Antonio, Texas

*Judge's signature*

Richard B. Farrer, U.S. Magistrate Judge
*Printed name and title*

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

My name is Ignacio Cantu, and I am a Deportation Officer with Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO). I have been employed by ICE ERO since October 24, 2011. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On or about July 13, 2020, ICE/ERO Officers received a biometric hit after Uvaldo Jesus LOZANO-Alvarado (hereafter "LOZANO") was arrested by the Bexar County Sheriff's Office for Driving While Intoxicated – Third Offense, a charge which was ultimately dismissed. ICE/ERO officers determined that LOZANO was an alien illegally present within the Unites States who had been previously removed from the United States, and was residing at a specified address in San Antonio, Texas (hereafter "target address"), which is located within the Western District of Texas. ICE/ERO officers conducted immigration history and criminal history inquiries and confirmed the information provided in the encounter. Due to the guidelines set for COVID-19, a detainer was not placed on LOZANO at that time. LOZANO was released from the Bexar County Jail.

On February 1, 2025, an ICE/ERO officer conducted physical surveillance of the target address. At approximately 10:00am, the officer observed an adult male matching the photograph and physical description of LOZANO at the target address and saw him enter the driver side of a vehicle and then depart. No enforcement action was taken at that time, only surveillance.

On February 9, 2025, an ICE/ERO officer conducted physical surveillance of the target address. At approximately 10:35am, the officer observed an adult male matching the photograph and physical description of LOZANO at the target address and saw him enter the driver side of a vehicle and then depart.

ICE/ERO officers initiated a vehicle stop at 11000 block of TX-151, in San Antonio, Texas, within the Western District of Texas. ICE/ERO Officers arrested LOZANO and transported him to the ICE/ERO San Antonio Resident Office.

At the ICE/ERO office, LOZANO's fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity.

Databases reveal that LOZANO is a citizen and national of Mexico with assigned Alien Registration Number A-XXX-XXX-445. A review of A-XXX-XXX-445 in the Enforce Alien Removal Module ("EARM"), a Department of Homeland Security database, revealed that LOZANO is an alien who

was previously removed from the United States to Mexico on multiple occasions, including in September 2010, June 2011, and most recently on or about November 5, 2015.

Immigration databases revealed that LOZANO has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after his most recent removal.

Additionally, a criminal history check revealed that LOZANO has a previous federal conviction in this Court from January 2015 for illegal re-entry following a removal (SA:14-CR-618), a felony offense for which he was sentenced to 18 months incarceration; and previous state convictions for Driving While Intoxicated, Driving While Intoxicated – 2nd Offense, and Evading Arrest/Detention With a Vehicle, for which he was sentenced to 6 months confinement, 9 months confinement, and 1 year confinement, respectively.

Based on the foregoing facts, there is probable cause to believe that Uvaldo Jesus LOZANO-Alvarado, an alien, illegally re-entered and was found in the United States on or about July 13, 2020, after having been previously removed from the United States on or about November 5, 2015, and that LOZANO had not received permission to reapply for admission from the Attorney General of the United States or his successor after his removal, all in violation of Title 8 United States Code, Section 1326(a) & (b)(1).

If convicted of this offense, the Defendant faces up to 10 years of incarceration, up to a $250,000 fine, or both; up to 3 years of supervised release; and a $100 mandatory special assessment.

_____
Ignacio A. Cantu
Deportation Officer
Immigration and Customs Enforcement


Subscribed and sworn before me the 10th day of February 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE